**THE PHIFER STATE BANK,** a corporation, v. **CLARK GOURLEY,** as Assignee for the benefit of creditors of Proctor-Motor Company, a corporation.

15 So. (2nd) 258                                    June Term, 1943

October 15, 1943                                    Special Division B

*J. C. Adkins, J. C. Adkins, Jr.,* and *Charles Cook Howell,* for appellant.

*Clara B. Floyd,* for appellee.

PER CURIAM:

The records and briefs having been examined and finding no error in the decree appealed from, the same is affirmed.

BUFORD, C. J., BROWN, THOMAS and ADAMS, JJ., concur.